IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DERRELL JONES, | * |
| Plaintiff, | * |
| v. | Case No.7:23-cv-87 (LAG) |
| | * |
| GTR ENTERPRISES, INC. d/b/a THOMASVILLE TOYOTA, et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 23, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants Lindberg and Rollins shall also recover costs of this action.

This 24th day of September, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk